U.S. DISTRIC COURT
Southern District of Ohio (COLUMBUS)
CASE # 2:24-CV-03747-ALM-EPD

Hope this letter finds you in good health and in good favor. My name is Damien Ponder, and I have a case filed in this court. This case has been referred to Magistrate Elizabeth Preston Deavers by Chief Magistrate Algenon L. Marbley. I feel that I need to reach out and address a few issues that I am having. I filed this case last year on 07/22/2024 as well as 5 other cases. I received a letter from this District Court informing me that the court wanted to consolidate all the case because it will save the court money. While that may be true, it stops me from pursuing demand recovery personally from all parties involved who willingly stripped me of my constitutionally protected rights. This letter notified me that I had 21 days to respond if I disagreed. I replied immediately and before that time had elapsed. However, I received another letter from the courts informing me that the cases had been consolidated 7 days after the first letter giving me 21 days to reply. The court didn't even allow for the response time to elapse, which seems like a rush to judgement. 6 months have elapsed since I've filed these cases, and I have yet to hear anything back from the court. I have not received a response from my consolidation rebuttal for case # 2:24-CV-03747-ALM-EPD. Nor has this case moved past being filed. No one has been served pertaining to this matter, and it seems like justice is being circumvented. This is not a case where I need to prove this to be true, the Columbus Police Department has already determined that I have great standing in my claim, for the fact that they dismissed that case, and this is why I am now seeking damage recovery. These people have hurt me in so many ways, which I've clarified in the consolidation rebuttal. Due to this situation, my credit is bad, child support wants to imprison me because I can't keep up with the payments, I've developed PTS, and anxiety due to the trauma I went through the night my rights were stripped from me. I also became homeless due to that situation.

PG.1

This matter should have been resolved months ago. The defendants have nothing to argue, nor are they capable of any arguments. I understand that the District Court has a lot to deal with but please keep this in mind. The parties that have harmed me are out there doing the same thing to other people right now and they are not concerned about any consequences. They are enforcing policy over law, and they are putting people's lives in danger every day because they're violating people's rights while hiding behind their shields. These violators of my rights receive a paycheck every week or two and are not concerned about paying their bills, losing their house, or feeding their family, but I am. I am, due to their unlawful actions and those actions could have easily cost me my life. I truly need to get my life back on the right track and I cannot accomplish that without recouping the losses and damages that these Officers created. These officers should be incarcerated and stripped of their shields. This case needs to be resolved immediately, it has been over 6 months since my original filings. My sincere thanks for your time and understanding of my situation.

The Living Man and Creator: _____

Ponder; Damien, Howard

UCC 1-308 Without Prejudice

Without Recourse

State of Ohio, County of Franklin

Sworn to or affirmed and subscribed before me by Damien Howard Ponder on this date of January 27, 2025.

Roneshia Bouldware
Notary Public, State of Ohio
My Commission Expires 04-22-2026

Signature of Notary Public – State of Ohio
My commission expires: 4/22/2026

PG. 2