IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DAMIEN HOWARD PONDER,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-3747 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | Magistrate Judge Elizabeth P. Deavers |
| **COLUMBUS POLICE DEPARTMENT,** *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") regarding Plaintiff's Amended Complaint (ECF No. 7). (ECF No. 10). Plaintiff, Damien Howard Ponder, brought this case *pro se* against the Columbus Police Department and five CPD police officers. (ECF No. 7). In his Amended Complaint, Plaintiff alleges various claims—including claims brought under 28 U.S.C. § 1983—arising from his arrest, search, and seizure by Defendants on February 12, 2022. (ECF No. 7). On February 18, 2025, the Magistrate Judge issued the R&R recommending that Plaintiff's claims be dismissed with prejudice for failure to state a claim upon which relief can be granted with the exception of his Fourth Amendment malicious prosecution claim. (ECF No. 10 at 13). In the R&R, the Magistrate Judge notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the R&R *de novo*. (*Id*. at 14).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 10) as this Court's findings of facts and law. Plaintiff's claims are **DISMISSED with prejudice with the exception of the Fourth**

**Amendment malicious prosecution claim against defendant officers Kisha Orsini, Matthew Murphy, James Selhorst, Todd Cramblett, and Zachary A. Walker, in their individual capacities**. Accordingly, Defendant Columbus Police Department is **DISMISSED** from this case.

    **IT IS SO ORDERED.**

                                                            **ALGENON L. MARBLEY**
                                                             **UNITED STATES DISTRICT JUDGE**

**DATED: May 6, 2025**